# 12 CV 04885

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

JORGE ANIBAL TORRES :
NATHANIEL Y. TORRES RAMIREZ :
MARY ANNE D. TORRES RAMIREZ :
YAAKOV YISRAEL TORRES RAMIREZ :
JACKELYNE TORRES RAMIREZ :
:
       Petitioner :
:
:
  -vs- : Docket Num.
:
:
U. S. DEPARTMENT OF STATE :
U.S. EMBASSY IN SAN SALVADOR :
:
       Respondent :
_____ /

## EMERGENCY
## PETITION FOR A WRIT OF MANDAMUS

NOW COMES, Jorge Anibal Torres, "the petitioner" a United States Citizen and resident of New York State, in *propia persona* and in *forma pauperis*, on behalf of his minor childrens and files this emergency petition for a writ of mandamus pursuant to 28 U.S.C. § 1361 and in support state the following:

1. The petitioner is the father of the following United States Citizens childrens:

   •  Nathaniel Yossef Torres Ramirez born in Canada on March 6, 2005.

   •  Mary Anne D. Torres Ramirez born in Puerto Rico, U.S.A. on November 26, 2001.

   •  Yaakov Yisrael Torres Ramirez born in Dominican Republic on August 12, 2006.

   •  Jackelyne Torres Ramirez born in Canada on August 10, 1997.

2. The petitioner's wife Ana Ramirez is currently imprisoned at the Ilopango Woman's Prison in El Salvador "Centro de Readaptacion para Mujeres de Ilopango" and the petitioner is

the sole parent available to these childrens and **has Temporary Custody** agreement between **husband and wife** signed on June 5th, 2012 by the petitioner's wife. See. Exhibit "A"

3. The petitioner retains all parental rights as secured by the Constitution and Laws of the United States and these rights has never been revoke by any Court in the United States or abroad.

4. There is no custody proceeding before any Court of Justice and *or* Custody pending at the time of the filing of this emergency petition and **custody is not an issue in this case.**

**Synopsis of the facts**

5. The petitioner was extradited to the United States from the Dominican Republic on September 13, 2010 to answer charges of **"alien smuggling",** before the Honorable William K. Session III sitting at the United States District Court for the District of Vermont, Docket Number 03-CR-54(1) for violation of 8 U.S.C. § 1324 pursuant to the treaty on extradition between the Dominican Republic and the United States, 36 Stat. 2468. At the time of surrender and pursuant to article IV of said treaty the United States agreed not to try the petitioner for any other offense and pursuant to Reinstatement (Third) of the Foreign Relations Laws of the United States § 477, not to extradite the petitioner to a third state. At the current time there is no extradition agreement between El Salvador and the United States and the petitioner retains his presumption of innocence for any un-tried as secured by the Constitution and Laws of the United States.

6. On June 14, 2011, the petitioner was sentenced to 17 months in Federal Prison and 3 years Supervised Release for violating 8 U.S.C. § 1324. It is a condition of the petitioner's release that **the petitioner shall support his dependents and meet other family responsibilities.** See. Exhibit "B".

7. After the petitioner's release on December 7, 2011 and beginning on or about February 2012 and thereafter, the petitioner has been requesting the United States Embassy in El

Salvador and the United States Department of State assistance in returning the petitioner's United States Citizen childrens to the United States from El Salvador and the respondent has intentionally, unlawfully and extra-judicially prevented the return of the petitioner's childrens to the United States **against the parents will** in violation of the Foreign Affairs Manual, the United States Constitution and International Laws.

8. On June 11, 2012, the petitioner purchased non-refundable plane tickets on Spirit Airlines with departure date scheduled for **June 28, 2012** from San Salvador to Ft. Lauderdale, Florida where the Petitioner was going to be awaiting for the at the International Terminal for his childrens. The petitioner further arranged and purchased the ticked for his arrival in Ft. Lauderdale on Spirit Airlines and for his father George Anibal Torres who is the paternal grandfather to arrive in El Salvador to temporarily escort these childrens on this 4 hours and 45 minutes flight as required by Spirit Airlines who do not accept unaccompanied minors under the age of 15. All this travel arrangement were made giving ample time twice the publicize one week processing time for the issuance of United States Passports by the U.S. Embassy in El Salvador. *See Exhibit C D E F G H*

9. On June 13, 2012, the Salvadoran attorney William Alexander Ramirez Flores who is the attorney to the petitioner's wife, executed the will of these children's parents and applied for United States Passports in order to secure the return of these childrens who are Citizens of the United States of America and in order to give effect to the will of the petitioner's wife that the petitioner's childrens be returned to the custody and care of their father. The petitioner and his wife based in part their decision on the fact that the Petitioner's mother in law Ester Del Carmen Orellana **who is not an American citizen and who has no legal right or custody** and furthermore was physically abusing and manipulating these childrens because of her hatred towards the petitioner. In one instance on or about June 5, 2012, she physically assaulted the petitioner's daughter Jackelyne Torres Ramirez to the point of bruising her mouth, lips and face.

10. On or about June 13, 2012, consular officials at the United States Embassy without the parents consent interviewed the childrens maternal grandmother who has no legal rights to these childrens and without due process or giving the opportunity for the petitioner to respond in a fair hearing, sided with her. Due to her illegal intervention and the illegal actions by the United States Embassy, the passports are being delayed until the first week of July, 2012, which is well over 4 days from the original departure date of June 28, 2012, thus causing the petitioner to lose well over $2,500 dollars of money that the petitioner received as a loan by clergy members of the Jewish and other religious communities in New York State.

11. On June 13, 2012, at about 2:00pm Salvadoran time, the petitioner contacted the United States Embassy in El Salvador and after hours of waiting reached an unknown Counsel or Vice-Counsel who besides lying, denied the petitioner's request that his childrens passport be issued in an expedited manner as the Department of States Foreign Affairs Manual states and as is commonly done for other United States Citizens under the same circumstances, thus creating discrimination, prejudice and bias against the petitioner in violation of the Constitution and Laws of the United States.

12. The petitioner alleges that the United States Embassy in El Salvador is overstepping their jurisdiction and boundaries in a family matter which is not the jurisdiction or the normal policies of the United States Department of State, actions which contravenes the Constitution of the United States, Internationally protected parental rights, and the non intervention in these kind of matters policies of the United States Government who has stated the following:

# DIGEST OF UNITED STATES PRACTICE IN INTERNATIONAL LAW

## YEAR 2000

### Sally J. Cummins
### David P. Stewart
#### Editors

### Office of the Legal Adviser
### United States Department of State

- The rights of parents are also recognized internationally and have long been a central premise of our consular work on behalf of Americans. It is a basic precept of our work **that the parents of American citizen children, not the Department of State of the United States Government, should decide what is best for their children.** *Paragraph 6 at page 118.*

- **The United States is at the forefront in the provision of consular services to its citizens abroad and in its advocacy on behalf of parents seeking the return of their children to the United States.** Because other countries carefully scrutinize the practices of the United States, our credibility and effectiveness depend upon our ability to adhere to the principles we espouse. If the United States fails to act in accordance with such principles, it jeopardizes its ability to insist on adherence by other countries. Consistency between principles and practice is particularly important in matters of foreign relations, where enforcement of rights so often depends upon reciprocity, diplomatic pressure and negotiations, and cooperation. These considerations are critical to the ability of the United States to obtain the return of children to the United States. *Paragraph 7 at page 119.*

## UNITED STATES DEPARTMENT OF STATE FOREING AFFAIRS MANUAL VOL 7 – CONSULAR AFFAIRS
## 7 FAM 1761

- 7 FAM 1761.1 (b) The Department's position is that a U.S. citizen/national minor who is found in a foreign country <u>without a parent or guardian</u> **generally should be returned to the United States,** barring extenuating circumstances such as an extended family or appropriate safe haven organization in the host country. See the Digest of U.S. Practice in International Law, 2000,Declaration of April 6, 2000

- 7 FAM 1768.2  In most cases where the child is returning to family, post should encourage one or both parents to travel to post and escort the child back to the United States. If it is not possible for parents to travel to post for financial or other valid reasons, post should assist them in locating an escort if one is required. In those cases where an escort is not available or necessary, a consular officer should escort the child to the plane, and remain until the plane actually departs. Local authorities may also accompany. If circumstances warrant and there is a Privacy Act waiver, alert airline personnel to the child's situation as a runaway. Make certain that parent(s) or other reception authorities know exactly when the plane is due, and plan to meet it. You do not want the minor to disappear in transit.

13. The petitioner's childrens currently have no available parent or guardian in El Salvador.

14. The petitioner's alleges that the United States Embassy has turned that Honorable Mission in a non convenient forum to entertain this family matter which has been decided by the parents. Due to the actions of the Embassy, the petitioner's and the petitioner's childrens rights, immunities and privileges secured by the United States Constitutions and laws has been infringed.

15. The refusal to act and the delays caused by the United States Embassy in El Salvador are violating the non-discrimination laws of the United States because it creates difference amongst United States Citizens under the same circumstances.

THEREFORE, the petitioner humbly prays that this Honorable Court intervenes in this matter and issue and emergency writ of mandamus compelling the United States Department of State to cease its illegal activities against the petitioner and to cease discriminating and intervening in a matter for which the United States Department of State has no jurisdiction. The petitioner further request that this Honorable Court compels the United States Department of State to Issue the passport on an emergency basis due to the circumstances of these childrens and provide any other assistance as authorized by law that these childrens may need in returning back to their country of citizenship the United States of America. And further issues any other order or relief as the petitioner may be entitled to.

Respectfully Submitted,

JORGE ANIBAL TORRES, PETITIONER
106 Locust Hill Ave Apt 1 G
Yonkers, NY 10701
Phone 914-267-5023
914-593-0101
e-mail: jtorres19772@gmail.com

Exhibit "A"

# OFFICIAL TRANSLATION

## OF

## TEMPORARY CUSTODY AND CARE AUTHORIZATION OF MINORS

In the city of San Salvador, Department of San Salvador, at nine o'clock of the fifth day of June of the year two thousand and twelve. Before me **HECTOR SAUL PORTILLO**, Notary, of this domicile, appeared madam **ANA JOSEFA GALVARINA RAMIREZ ORELLANA,** who is thirty five years of age, employed, with domicile in Mejicanos, Department of San Salvador, a person not personally known by me but who I can duly identify through her Sole Identity Document Number zero four one six seven two eight three two; who **UNDER OATH DECLARED:** 1) That she is currently detained at the "Centro De Readaptación para Mujeres Ilopango", Center for the Re-adaptation for Women Ilopango, Department of San Salvador, since the twenty six day of May of the year two thousand nine, for the crime of aggravated human trafficking, serving her total sentence the twenty fifth day of May, of the year two thousand and seventeen. II) That because of this reasons her minor children **JACKELYNE TORRES RAMIREZ, NATHANIEL YOSSEF TORRES RAMIREZ, MARY ANNE DEL CARMEN TORRES RAMIREZ, y YAAKOV YISRAEL TORRES RAMIREZ,** will be left under the personal care of their father mister JORGE A TORRES JR., who is thirty four years old, employed, of the domicile in New York, United States of America, during the time of her detention and in case that she is Released before that date, the personal care of their children will be exercised by both parents. Leaving without effect any other document which was given prior to this document in regard of the personal care of the before mentioned children. Like that declared the appearing party to whom was advised of the legal consequences of this sworn statement which is composed of one page of which I have read everything which is written in its entirety at once without interruption, which she ratifies its content and we sign. I CERTY.

STATE OF NEW YORK *
COUNTY OF ALBANY *

Jorge A. Torres, Jr., Subscribed and sworn to before me this 7th day of June 201

Charles E. Hammond

(S)   Ana Josefa G. Ramirez Orellana



STATE OF NEW YORK, } ss.:
COUNTY OF ALBANY, CLERK'S OFFICE.

I, THOMAS G. CLINGAN, Clerk of the said County, and also Clerk of the Supreme and County Courts, being Courts of Record held therein, and having by law a seal, do hereby certify that ........ Charles E Diamond ........ whose name is subscribed to the certificate of proof or acknowledgment of the annexed instrument and thereon written, or whose name is subscribed to the annexed jurat, was at the time of taking such proof or acknowledgment, or of administering such oath or affirmation a .... Notary .... in and for said .... Albany County ...., residing therein, duly commissioned and sworn, and authorized by the laws of said State to take the acknowledgment and proofs of deed or conveyances for land, tenements, or hereditaments and to administer oaths or affirmations in said county. And further, that I am well acquainted with the handwriting of said officer and verily believe that the signature to said jurat or certificate of proof or acknowledgment is genuine. That impression of seal of such officer is not required by law to be filed in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said courts and county, the ........ 7 ........ day of ........ June ........ 2012.

........................................ Clerk

Notary Public, State of New York
Qualified in Albany County
No 4802106
Commission Expires Oct. 31, 2014

En la ciudad de San Salvador, Departamento de San Salvador, a las nueve horas del día cinco de junio del año dos mil doce. Ante mi **HECTOR SAUL PORTILLO,** Notario, de este domicilio, comparece la señora **ANA JOSEFA GALVARINA RAMIREZ ORELLANA,** de treinta y cinco años de edad, Empleada, del domicilio de Mejicanos, Departamento de San Salvador, persona a quien no conozco pero identifico por medio de su Documento Único de Identidad Número Cero cuatro uno seis siete dos ocho tres-dos; quien **BAJO JURAMENTO DECLARA:** I) Que se encuentra actualmente detenida en el Centro de Readaptación para Mujeres Ilopango, Departamento de San Salvador, desde el día veintiséis de mayo del año dos mil nueve, por el delito de Trata de Personas Agravadas, cumpliendo con la pena total el día veinticinco de mayo del dos mil diecisiete. II) Que por este motivo sus menores hijos JACKELYNE TORRES RAMIREZ, NATHANIEL YOSSEF TORRES RAMIREZ, MARY ANNE DEL CARMEN TORRES RAMIREZ, y YAAKOV YISRAEL TORRES RAMIREZ, quedaran bajo el cuidado personal de su padre el señor JORGE A TORRES JR., de treinta y cuatro años de edad, Empleado, del domicilio de New Yorck, Estados Unidos de América, durante el tiempo que ella se encuentre detenida, y en caso que ella saliera en Libertad antes de esta fecha, el cuidado personal de los hijos será ejercida por ambos padres. Quedando revocado cualquier otro documento otorgado con anterioridad, en el cual se establezca el cuidado personal de los menores antes mencionados. Así se expresó la compareciente a quien le hice saber los efectos legales de esta declaración Jurada que consta de un folio útil, y leído que le hube íntegramente todo lo escrito en un solo acto ininterrumpido, ratifica su contenido y firmamos. **DOY FE.**

# OFFICIAL TRANSLATION OF COVER PAGE

## 2012

## AUTHENTIC DOCUMENT

## OF

**PERSONAL CARE**

**GIVEN BY**

**ANA JOSEFA GALVARINA RAMIREZ ORELLANA**

**IN FAVOR OF**

**JORGE TORRES**

# BEFORE THE NOTARIAL OFFICES OF

## Lic. Hector Saul Portillo
**3a. Av. Norte y 19 Calle Pte. No. 238, 2ª. Planta Local 4**
**Government Center, San Salvador**
Phone: ####-##### Fax: ###-#####

SAN SALVADOR,                                    EL SALVADOR, C.A.

I certify on this 7th day of June, 2012, that this is an official translation of the before mentioned document which was translated from the Spanish language into the English language.

NOTARY PUBLIC

GREGORY CABAL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CA6077136
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES JULY 8, 2014

TRANSLATOR
OSCAR LIKIO




# 20 12 _____

# DOCUMENTO AUTENTICADO

## DE

CUIDADO   PERSONAL

## OTORGADO POR

ANA   JOSEFA GALVARINA RAMIREZ ORELLANA

## A FAVOR DE

JORGE TORRES

# ANTE LOS OFICIOS NOTARIALES DE

## Lic. Héctor Saúl Portillo

3a. Av. Norte y 19 Calle Pte. No. 238, 2a. Planta Local 4,
Centro de Gobierno, San Salvador.
Teléfono: 2225-7411.   Telefax: 2225-9388

SAN SALVADOR,                    EL SALVADOR, C.A.




AO 245B   (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Vermont

UNITED STATES OF AMERICA

v.

JORGE TORRES

)
)
)
)
)
)
)
)
)

**JUDGMENT IN A CRIMINAL CASE**

Case Number:      2:03-CR-54-01

USM Number:      54708-004

Paul S. Volk, Esq.
Defendant's Attorney

## THE DEFENDANT:

X  pleaded guilty to count(s)      3

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8:1324(a)(1)(A)(i) | Alien Smuggling | 11/29/2002 | 3 |

The defendant is sentenced as provided in pages 2 through ____5____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)   1 and 2   ☐ is   X are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 14, 2011
Date of Imposition of Judgment

/s/ William K. Sessions III
Signature of Judge

JUDGMENT ENTERED ON DOCKET

DATE: June 16, 2011

Hon. William K. Sessions III, U.S. District Judge
Name and Title of Judge

June 16, 2011
Date

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
Sheet 3 — Supervised Release

| | Judgment—Page 3 of 5 |

DEFENDANT:        JORGE TORRES
CASE NUMBER:    2:03-CR-54-01

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :        3 years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/08) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___5___

DEFENDANT:       JORGE TORRES
CASE NUMBER:     2:03-CR-54-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

17 months concurrent to the 6 month sentence imposed in related case no. 2:11-cr-01-01.

X   The court makes the following recommendations to the Bureau of Prisons:
    that the defendant receive credit for any time served from September 13, 2010 to the date of sentencing and that he be placed in a low security facility. Further, the Court recommends that the Bureau of Prisons consider gradual release to the community in which the defendant is to be established through a half way house and that he be strictly supervised while there.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.  ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

|  |  | Judgment — Page | 4 | of | 5 |

DEFENDANT:        JORGE TORRES
CASE NUMBER:      2:03-CR-54-01

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100 | $ | $ |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ |  |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the    ☐  fine   ☐  restitution.

☐  the interest requirement for the    ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

| | |
|---|---|
| DEFENDANT:   JORGE TORRES | Judgment — Page   5   of   5 |
| CASE NUMBER:   2:03-CR-54-01 | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒  Lump sum payment of $ _____100_____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance   ☐ C,   ☐ D,   ☐   E, or   ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Exhibit C



**Jorge A. Torres <jtorres19772@gmail.com>**

---

## Fwd: AIR TICKET NUMBER & AIRLINE CONFIRMATION. Booking# 11606419 (George Torres Sr.) will travel to El Salvador

1 mensaje

---

**Jorge A. Torres** <jtorres19772@gmail.com>                                    11 de junio de 2012 16:36
Para: william2282@yahoo.com, acssansal@state.gov, acssantodom@state.gov, "Dan_Mangan@vtp.uscourts.gov"
<Dan_mangan@vtp.uscourts.gov>, ssal@international.gc.ca

---------- Forwarded message ----------
From: <cheapoair@cheapoair.com>
Date: 2012/6/11
Subject: AIR TICKET NUMBER & AIRLINE CONFIRMATION. Booking# 11606419
To: jtorres19772@gmail.com

Dear George Torres,

Thank you for choosing CheapOair.com!





**Download Our Apps for Free**   iPhone   CINDROID   WP7   Visit Our Mobile Site »

## CheapOair.com

**(For any changes to your itinerary, please call us at 800-525-0400 )**

### Booking Receipt

Please print and keep this receipt.

Please do not respond to this e-mail! This email is intended for notification purposes.

Click here to see your itinerary online »
Click here to print your itinerary »

### Customer Information

Traveler:  **George Anibal Torres**    Email:   jtorres19772@gmail.com   Phone: 914-757-8023
Booking #:  **11606419**                Booked on: **Mon, Jun 11, 2012**

Click Continue to get a FREE $20 Rebate
off the reservation you just made

**Continue**

## Trip Summary

## Flight Summary

| **From:** | **Depart:** | **Airline Confirmation:** |
|---|---|---|
| New York Kennedy, NY , US **(JFK)** | Tue, Jun 26, 2012 | TACA : 3ZACTS |
| | **10:30 am - 01:30 pm** | |
| **To:** | (Nonstop) | Select Seats |
| San Salvador, SV **(SAL)** | | |

| **Traveler Name** | **Ticket Number** | **Meal Preference** | **Special Request** |
|---|---|---|---|
| **Torres, George** (Adult) | 2027068053222 E-Ticket | Any seat | Any meal |

**Disclaimer:** All special requests, meal preferences, seat requests are not guaranteed. You must contact your airline to reconfirm that they have received this request and confirmed it.

## Flight Booking Details

## Purchase Travel Insurance (Recommended)

**Your ticket is non-refundable.**
Add travel insurance, secure your investment
Insurance that covers cancellations, delays, lost baggage,
accidents, death/dismemberment - up to **$100,000!** Learn more »
Total price: **US$ 25.00**

Add Insurance to My Trip

**Booking Number:**    11606419

## Departing Flight - Tuesday, Jun 26, 2012

| TACA | **From** | **To** | **Nonstop** |
|---|---|---|---|
| **TACA** | **New York Kennedy** | **San Salvador** (SAL) | Coach |
| **Flight 571** | (JFK) | **01:30pm** -Jun 26, | |
| Airbus Industries A320 Jet | **10:30am** -Jun 26, Tue | Tue | **Flight Duration** |
| **Airline confirmation:** 3ZACTS | | | 5 hr 0 min |
| Select Seats | | **Free baggage allowance** 2 pieces | |

**Operated by /TACA INTERNATIONAL AIRLINES - TACA**

| **Flight Duration:** 5hr 00min | **Total Trip Time:** 5hr 00min |
|---|---|

**Baggage Fees :** Most airlines now impose baggage fees. Please click the Baggage and Carry On Fees link for complete details

**Please note:** As Airlines have frequent schedule changes, please call the Airline 24 hours before departure to reconfirm

Exhibit O



Jorge A. Torres <jtorres19772@gmail.com>

## Spirit Airlines Confirmation: KFGFKB
1 mensaje

**Spirit Airlines** <itineraries@email.spiritairlines.com>                                          11 de junio de 2012 16:06
Responder a: SpiritAirlines.6fl6lhl16r1.fr6f@email.spiritairlines.com
Para: jtorres19772@gmail.com



Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

### YOUR CONFIRMATION CODE                    **KFGFKB**

**BOOKING DATE**     Monday, June 11, 2012

## Flight

| **THURSDAY, JUNE 28, 2012** | **TIME** | **FLIGHT** |
|---|---|---|
| San Salvador, El Salvador | 1:05 AM | 150 |
| Fort Lauderdale, FL | 5:40 AM | |

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

You can check in online up to 24 hours before your flight to save time at the airport. At any time, and especially on the day of travel, you can also reconfirm your flight times by visiting our website. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

## Customer Information

| NAME | FREE SPIRIT # | ASSISTANCE |
|---|---|---|
| GEORGE TORRES | 167940662 | None |
| JACKELYNE TORRES RAMIREZ | | None |
| NATHANIEL YOSSEF TORRES RAMIREZ | | None |

| | |
|---|---|
| YAAKOV YISRAEL TORRES RAMIREZ | None |
| MARY ANNE DEL CARMEN TORRES RAMIREZ | None |

## Seats and Bags

| NAME | SEATS | CARRY-ON | CHECKED |
|---|---|---|---|
| GEORGE TORRES | - | 0 | 0 |
| JACKELYNE TORRES RAMIREZ | - | 0 | 0 |
| NATHANIEL YOSSEF TORRES RAMIREZ | - | 0 | 0 |
| YAAKOV YISRAEL TORRES RAMIREZ | - | 0 | 0 |
| MARY ANNE DEL CARMEN TORRES RAMIREZ | - | 0 | 0 |

## Contact Information

JORGE TORRES      jtorres19772@gmail.com
1 Hudson Street
Yonkers, NY. 10701      9142675023
United States of America

## Travel Insurance

**Policy Number:**      912814526
**Policy Insured Name:**      JORGE TORRES JR

**NOTE:** To view your policy online, please click here . For additional questions about your policy please contract Travel Guard directly at 1.866.877.3191.

## Purchase Price

| | |
|---|---|
| Flight | $95.00 |
| Travel Insurance | $105.00 |
| Passenger Usage Fee (Carrier Fee) | $44.95 |
| US-International Departure Tax | $83.50 |
| SV Airport Departure Tax | $110.65 |
| SV Immigration Fee | $40.00 |
| Tourism Contribution Fee | $35.00 |
| APHIS User Fee | $25.00 |
| Immigration User Fee | $35.00 |
| US Customs Fee | $27.50 |
| Value Added Tax Origin SV | $12.35 |
| **Total** | **$613.95** |

Thank you for booking through Spirit.com

Exhibit B

| | |
|---|---|
| **Subject:** | Spirit Airlines Confirmation: A823UW |
| **From:** | Spirit Airlines (itineraries@email.spiritairlines.com) |
| **To:** | g770@ymail.com; |
| **Date:** | Tuesday, June 12, 2012 5:33 PM |



Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

### YOUR CONFIRMATION CODE                                    A823UW

**BOOKING DATE**   Tuesday, June 12, 2012

## Flight

| **THURSDAY, JUNE 28, 2012** | **TIME** | **FLIGHT** |
|---|---|---|
| Fort Lauderdale, FL | 7:06 AM | 604 |
| New York, NY - LaGuardia | 10:00 AM | |

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

You can check in online up to 24 hours before your flight to save time at the airport. At any time, and especially on the day of travel, you can also reconfirm your flight times by visiting our website. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

## Customer Information

| NAME | FREE SPIRIT # | ASSISTANCE |
|---|---|---|
| JACKELYNE TORRES RAMIREZ | | None |
| MARY ANNE DEL CARMEN TORRES RAMIREZ | | None |
| NATHANIEL YOSSEF TORRES RAMIREZ | | None |
| YAAKOV YISRAEL TORRES RAMIREZ | | None |

## Seats and Bags

| NAME | SEATS | CARRY-ON | CHECKED |
|------|-------|----------|---------|
| JACKELYNE TORRES RAMIREZ | - | 0 | 0 |
| MARY ANNE DEL CARMEN TORRES RAMIREZ | - | 0 | 0 |
| NATHANIEL YOSSEF TORRES RAMIREZ | - | 0 | 0 |
| YAAKOV YISRAEL TORRES RAMIREZ | - | 0 | 0 |

## Contact Information

JORGE TORRES
106 Locust Hill Ave
1G
Yonkers, NY. 10701
United States of America

g770@ymail.com

9142675023

## Travel Insurance

| | |
|---|---|
| **Policy Number:** | 912822437 |
| **Policy Insured Name:** | JORGE TORRES JR |

**NOTE:** To view your policy online, please click here . For additional questions about your policy please contract Travel Guard directly at 1.866.877.3191.

## Purchase Price

| | |
|---|---|
| Flight | $312.00 |
| Travel Insurance | $56.00 |
| Unintended Consequences of DOT Regulations (Carrier Fee) | $8.00 |
| Passenger Usage Fee (Carrier Fee) | $67.96 |
| September 11th Security Fee | $10.00 |
| Passenger Facility Fee | $18.00 |
| Segment Fee | $15.20 |
| US Transportation Tax | $24.00 |
| **Total** | **$511.16** |

Thank you for booking through Spirit.com

## Additional Information

Click here for full terms and conditions.

**BAGGAGE**
Buy your bags now and save up to $10 per bag compared to paying at the airport.

FAST BAG DROP saves time at the airport. Click here to see if your departure city offers Fast Bag

*Exhibit F*

**Subject:**  Spirit Airlines Confirmation: QC17PN
**From:**  Spirit Airlines (itineraries@email.spiritairlines.com)
**To:**  g770@ymail.com;
**Date:**  Tuesday, June 12, 2012 5:38 PM



Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

### YOUR CONFIRMATION CODE    **QC17PN**

**BOOKING DATE**   Tuesday, June 12, 2012

## Flight

| **THURSDAY, JUNE 28, 2012** | **TIME** | **FLIGHT** |
|---|---|---|
| Fort Lauderdale, FL | 7:06 AM | 604 |
| New York, NY - LaGuardia | 10:00 AM | |

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

You can check in online up to 24 hours before your flight to save time at the airport. At any time, and especially on the day of travel, you can also reconfirm your flight times by visiting our website. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

## Customer Information

| **NAME** | **FREE SPIRIT #** | **ASSISTANCE** |
|---|---|---|
| GEORGE ANIBAL TORRES | 167871701 | None |

## Seats and Bags

| **NAME** | **SEATS** | **CARRY-ON** | **CHECKED** |
|---|---|---|---|

6/14/2012 9:15 AM

GEORGE ANIBAL TORRES                   -                   0                   0

## Contact Information

GEORGE ANIBAL TORRES                   g770@ymail.com
1 Hudson Street
1G
Yonkers, NY. 10701                      9142675023
United States of America

## Travel Insurance

**Policy Number:**        912822472
**Policy Insured Name:**  JORGE TORRES JR

**NOTE:** To view your policy online, please click here . For additional questions about your policy please contract Travel Guard directly at 1.866.877.3191.

## Purchase Price

| | |
|---|---:|
| Flight | $31.63 |
| Travel Insurance | $14.00 |
| Passenger Usage Fee (Carrier Fee) | $8.99 |
| September 11th Security Fee | $2.50 |
| Passenger Facility Fee | $4.50 |
| Segment Fee | $3.80 |
| US Transportation Tax | $2.37 |
| **Total** | **$67.79** |

Thank you for booking through Spirit.com

## Additional Information

Click here for full terms and conditions.

**BAGGAGE**
Buy your bags now and save up to $10 per bag compared to paying at the airport.

FAST BAG DROP saves time at the airport. Click here to see if your departure city offers Fast Bag Drop for customers who buy bags ahead.

| Where bag is purchased | Carry-On | First Checked Bag | | Second Checked Bag | |
|---|---|---|---|---|---|
| How long before travel | All Flights | Dom. | Int. | Dom. | Int. |
| **$9 Fare Club member online** | | | | | |
| More than 24 hours in advance | $20 | $18 | $23 | $25 | $30 |
| During check-in | $25 | $23 | $28 | $30 | $35 |
| **Non-$9 Fare Club member online** | | | | | |
| More than 24 hours in advance | $30 | $28 | $33 | $35 | $40 |

*Exhibit B*

**Subject:**  Spirit Airlines Confirmation: V6ZETS

**From:**  Spirit Airlines (itineraries@email.spiritairlines.com)

**To:**  g770@ymail.com;

**Date:**  Tuesday, June 12, 2012 5:05 PM



Thank you for choosing Spirit Airlines. This notice contains information to be used during your travels. Please review the contents of this document carefully. For your convenience, please print a copy to take with you on your trip.

Please do not reply to this email. The reply email address is used solely for outgoing email documents.

| YOUR CONFIRMATION CODE | | V6ZETS |
|---|---|---|
| BOOKING DATE | Tuesday, June 12, 2012 | |

## Flight

| WEDNESDAY, JUNE 27, 2012 | TIME | FLIGHT |
|---|---|---|
| New York, NY - LaGuardia | 3:30 PM | 171 |
| Fort Lauderdale, FL | 6:37 PM | |

| THURSDAY, JUNE 28, 2012 | TIME | FLIGHT |
|---|---|---|
| Fort Lauderdale, FL | 7:06 AM | 604 |
| New York, NY - LaGuardia | 10:00 AM | |

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

You can check in online up to 24 hours before your flight to save time at the airport. At any time, and especially on the day of travel, you can also reconfirm your flight times by visiting our website. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

## Customer Information

| NAME | FREE SPIRIT # | ASSISTANCE |
|---|---|---|
| JORGE A TORRES | | None |

## Seats and Bags

| NAME | SEATS | | CARRY-ON | | CHECKED | |
|------|-------|---|----------|---|---------|---|
| JORGE A TORRES | - | - | 0 | 0 | 0 | 0 |

## Contact Information

GEORGE ANIBAL TORRES                   g770@ymail.com
1 Hudson Street
Yonkers, NY. 10701                     9142675023
United States of America

## Travel Insurance

**Policy Number:**      912822202
**Policy Insured Name:**      JorgeTORRES Jr

**NOTE:** To view your policy online, please click here . For additional questions about your policy please contract Travel Guard directly at 1.866.877.3191.

## Purchase Price

| | |
|---|---|
| Flight | $122.65 |
| Travel Insurance | $14.00 |
| Unintended Consequences of DOT Regulations (Carrier Fee) | $2.00 |
| Passenger Usage Fee (Carrier Fee) | $25.98 |
| September 11th Security Fee | $5.00 |
| Passenger Facility Fee | $9.00 |
| Segment Fee | $7.60 |
| US Transportation Tax | $9.35 |

| **Total** | **$195.58** |
|---|---|

Thank you for booking through Spirit.com

## Additional Information

Click here for full terms and conditions.

**BAGGAGE**
Buy your bags now and save up to $10 per bag compared to paying at the airport.

FAST BAG DROP saves time at the airport. Click here to see if your departure city offers Fast Bag Drop for customers who buy bags ahead.

| *Where bag is purchased* | Carry-On | First Checked Bag | | Second Checked Bag | |
|---|---|---|---|---|---|
| *How long before travel* | All Flights | Dom. | Int. | Dom. | Int. |

Exhibit H

# Embassy of the United States San Salvador, El Salvador

Passports - General Information

## Passports General Information

**Note:** Effective Monday, July 19, 2010, an appointment will be required for Passport applications. Walk-ins will no longer be accepted. Appointments can be scheduled any business day with the exception of American and Salvadoran holidays and the first Wednesday of each month. To schedule an appointment click here.

After scheduling your appointment please locate and complete the necessary forms at the following link:

- Passport Instructions and Forms

For emergency appointments only, please contact the American Citizens Services unit by phone at 2501-2628 during normal business hours.

The passport fees are as follows:

| Consular Service | Fee |
| --- | --- |
| Passport Applicants Under Age 16 | $105.00 |
| Applicants Applying for First Passport After Reaching Age 16 | $135.00 |
| Adult (age 16 or over) Applying to Replace a Lost, Stolen, Mutilated or Damaged Passport | $135.00 |
| Adult Passport Renewals (most recent Passport issued within the last 15 years and when applicant was at least 16 years old) | $110.00 |

Fees may be paid at the Consular Section in U.S. dollars either in cash or with one of the following credit cards: MasterCard, VISA, Discover/NOVUS, American Express, or Diner's Club.  Payment by check or debit card is not accepted.

**Please Note:** Except in emergency circumstances, all U.S. passports are sent to the U.S. electronically for printing and are returned via express courier after one week.

The security of travel documents has become even more important in the post-Sept. 11 world. U.S. passports produced in the United States incorporate digitized photos and other security features. With the new procedures, the same security features are available for the protection of American citizens who obtain their passports outside the United States.

Case 1:12-cv-04885-PKC   Document 2   Filed 06/20/12   Page 27 of 35

In El Salvador, applicants for first-time or replacement U.S. passports submit their applications to the American Citizen Services (ACS) unit of the Consular Section of the U.S. Embassy in San Salvador. We forward the approved applications electronically to the National Passport Center for processing and return. Turnaround is approximately one week.

To avoid delays or disruption in travel plans, passport applicants are urged to apply for new passports before the old documents expire, and to allow time for processing of a new passport.

The American Citizen Services unit continues to issue passports locally in emergency cases only. These passports have limited validity, and cannot be extended. The bearer of a limited validity passport issued overseas is required to exchange it for a full-validity photo-digitized passport upon completion of the emergency travel.

- **Passport Forms On-Line**
- **Applying for a Passport in the U.S.** (Please note the Embassy in San Salvador does not currently accept passport applications by mail.)

Check for the most recent information under Messages for U.S. Citizens

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR



PASSPORT
PASSEPORT
PASAPORTE

**UNITED STATES OF AMERICA**

Type / Type / Tipo    Code / Code / Codigo    Passport No / No du Passeport / No. de Pasaporte

P    USA    **490499241**

Surname / Nom / Apellidos

**TORRES**

Given Names / Prénoms / Nombres

**GEORGE ANIBAL**

Nationality / Nationalité / Nacionalidad

**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento

**19 Nov 1955**

Place of birth / Lieu de naissance / Lugar de nacimiento

**PUERTO RICO, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición

**29 Feb 2012**

Date of expiration / Date d'expiration / Fecha de caducidad

**28 Feb 2022**

Endorsements / Mentions Spéciales / Anotaciones

**SEE PAGE 27**

Sex / Sexe / Sexo

**M**

Authority / Autorité / Autoridad

**United States
Department of State**

```
P<USATORRES<<GEORGE<ANIBAL<<<<<<<<<<<<<<<<<<<
4904992416USA5511190M2202288249452978<604370
```

SIGNATURE OF BEARER

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type / Type / Tipo   Code / Code / Codigo   Passport No / No. du Passeport / No. de Pasaporte
P            USA            493028953

Surname / Nom / Apellidos
TORRES JR

Given Names / Prénoms / Nombres
JORGE A

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
15 Oct 1977

Place of birth / Lieu de naissance / Lugar de nacimiento
NEW YORK, U.S.A.

Date of issue / Date de délivrance / Fecha de expedicion
01 May 2012

Date of expiration / Date d expiration / Fecha de caducidad
30 Apr 2022

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

P<USATORRES<JR<<JORGE<A<<<<<<<<<<<<<<<<<<<<<<
4930289533USA7710159M2204307115464297<380424

GOBIERNO DE PUERTO RICO

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
  152-2001-01549-049534-001560-05446527

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)

  MARY-ANNE DEL CARMEN TORRES RAMIREZ

DOMICILIO (DWELLING HOUSE)
  SAN JUAN, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)       FECHA INSCRIPCION (REGISTRATION DATE)
  26 NOV 2001                          03 DIC 2001

LUGAR NACIMIENTO (BIRTHPLACE)
  RIO PIEDRAS, PUERTO RICO                        SEXO (SEX)
                                                  F

NOMBRE DEL PADRE (FATHER'S NAME)                  EDAD (AGE)
  JORGE ANIBAL TORRES                             24

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
  NEW YORK, ESTADOS UNIDOS

NOMBRE DE LA  MADRE (MOTHER'S NAME)
  ANA RAMIREZ                                     EDAD (AGE)
                                                  25

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
  CANADA

FECHA EXPEDICION (DATE ISSUED)
  09 ABR 2012


     ***********************************************************

 

**01-7307407-2**

REPUBLICA DOMINICANA
JUNTA CENTRAL ELECTORAL
DIRECCION NACIONAL DE REGISTRO DEL ESTADO CIVIL

No. Evento
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-02-00001529
Mun. O.C. Año Reg. No.

## ACTA INEXTENSA DE MATRIMONIO

**CERTIFICAMOS:** Que en la Oficialía del Estado Civil de la 1RA. CIRCUNSCRIPCION de DISTRITO NACIONAL, registrado el día catorce del mes de julio del año dos mil seis (14-07-2006), se encuentra inscrito en el Libro No. **00004** de registros de **MATRIMONIO CIVIL**, Folio No. **0065** , Acta No. **000365**, Año **2006** , el **MATRIMONIO** celebrado el día catorce del mes de julio del año dos mil seis (14-07-2006) en OFICINA A MI CARGO, SANTO DOMINGO.

**ENTRE:**    **JORGE ANIBAL TORRES PUELLO** , país de nacionalidad República Dominicana, nacido el quince del mes de octubre del año mil novecientos setenta y siete (15-10-1977), en YONKERS, NUEVA YORK E.U., cédula de identidad y electoral No. 001-1608371-8, hijo de GEORGE TORRES y de la señora ANA PUELLO.
                        **Y**
    **ANA RAMIREZ** , país de nacionalidad Canadá, nacida el catorce del mes de octubre del año mil novecientos setenta y seis (14-10-1976), en HUIZUCAR - EL SALVADOR,  pasaporte No. JW585935, hija de LEOPOLDO RAMIREZ y de ESTER DEL CARMEN ORELLANA.

**TESTIGOS:**
1.- **CEFERINO DE LOS SANTOS Y ORTIZ** , cédula de identidad y electoral No. 001-0517350-4.
2.- **MELANIA ALEXANDRA SEPULVEDA HEREDIA** , cédula de identidad y electoral No. 001-0971143-2.

**ANOTACIONES:**
**LEGITIMACION:** LOS CONTRAYENTES DECLARAN HABER PROCREADO 3 HIJOS DE NOMBRES JACKELYNE NACIDA EN CANADA EN FECHA 10/8/97, TRANS. EN ESTA OFICIALIA EN EL LIBRO DE TRANS. NO. 3 F-96 AC-260 AÑO 2006, MARY ANNE DEL CARMEN , NACIDA EN SAN JUAN- PUERTO RICO USA EN FECHA 26/11/2001, TRANS. EN ESTA OFICIALIA EN EL L- DE TRANSC. NO. 3 F-95 AC-259 A-2006 Y NATHANIEL YOSSEF NACIDO EN CANADA EN FECHA 6/3/05 TRANSC. EN ESTA OFICIALIA EN EL L- DE TRANSC.. NO. 3,F-94, AC-258,AÑ-2006 LOS CUALES QUEDAN LEGITIMADOS POR SUBSECUENTE MATRIMONIO DE SUS PADRES..-
~~~~~~~~~~~~~~~~~~ No más información debajo de esta línea ~~~~~~~~~~~~~~~~~~

El presente documento se expide a petición de la parte interesada en DISTRITO NACIONAL
República Dominicana, hoy día     CINCO (5)     del mes de    JUNIO
del año    DOS MIL DOCE (2012)

**HERMENEGILDA DEL ROSARIO FONDEUR**
Oficial del Estado Civil

2288-511726787                                            KELVIN PEÑA REYES 05/06/2012  8:58AM



UNITED STATES OF AMERICA          DEPARTMENT OF STATE

## Consular Report of Birth Abroad

### OF A CITIZEN OF THE UNITED STATES OF AMERICA

This is to certify that:

**JACKELYNE TORRES-RAMIREZ**

Sex FEMALE, born at MONTREAL, QC, CANADA,

On AUGUST 10, 1997

Acquired United States CITIZENSHIP at birth as established by documentary evidence

Presented to the Consular Service of the United States at

MONTREAL, CANADA

On MARCH 18, 2001

MOTHER/FATHER/PARENTS

JORGE ANIBAL TORRES                         ANA RAMIREZ

Date of Birth: OCTOBER 15, 1977         Date of Birth: OCTOBER 11, 1976

Assistant Secretary for Consular Affairs

Date of Issuance: MAY 03, 2012

* 10-95478-20 *                                   159-4224184

# CERTIFICATE OF SERVICE

I, _Jorge Anibal Torres_ hereby certify that on _June 14, 2012_, I
   [name]

served copies of _Petition for a Writ of Mandamus_
   [name of document]

on the following parties by way of _U.S.O Overnight Mail. (UPS.)_
   [U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

U.S. Department of State   2201 C Street NW
   Washington, DC  20520

U.S. Embassy in San Salvador.  Final Bulevard Santa Elena
   Antiguo Cuscatlan, La Libertad
   El Salvador.

_6/14/2012_
Date

_____
Signature

U.S. Court of Appeals for the First Circuit       (Rev 10/03)

**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed sheet containing the label at the line so that the entire shipping label is visible. Place the label on a single side of the package and cover it completely with clear plastic shipping tape. Do not cover any seams or closures on the package with the label.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**

   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Find your closest UPS location at: www.ups.com/dropoff
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE



## UPS Internet Shipping: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed sheet containing the label at the line so that the entire shipping label is visible. Place the label on a single side of the package and cover it completely with clear plastic shipping tape. Do not cover any seams or closures on the package with the label.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**

   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Find your closest UPS location at: www.ups.com/dropoff
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

